CLERK OF DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION
FILED

2023 FEB 21   PM 2:33

DEPUTY CLERK _____

*11522345*
US MARSHALS SERVICE NTX
FORT WORTH

2023 FEB 15   A 9:05

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

DEBORAH JOY ARMSTRONG (01)
a/k/a "Deb"

No.  4:23-MJ-126

## WARRANT FOR ARREST

**TO:**     **The United States Marshal and**
        **Any Authorized Officer of the United States**

YOU ARE HEREBY COMMANDED to arrest **DEBORAH JOY ARMSTRONG,** also known as Deb, and bring her forthwith to the nearest available magistrate to answer a Complaint charging her with **Conspiracy to Possess a Controlled Substance with Intent to Distribute,** in violation of **21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(B)).**

Hal R. Ray, Jr.
HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this the 14TH day of February 2023.

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| DATE RECEIVED: 02-14-23 | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: 02-21-23 | Brian Finney | [signature] |